# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khalid El Sheriff, | No. CV 08-1915 PHX-DGC (DKD) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Holder, et al., | |
| Respondents. | |

Pending before the Court are Petitioner Khalid El Sheriff's petition for writ of habeas corpus and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Dkt. ##1, 19. The R&R recommends that the Court dismiss the Petition as moot because Petitioner has been released from custody. Dkt. #19 at 1. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 1-2 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court will accept the R&R and dismiss the Petition as moot. *See* 28 U.S.C. § 636(b)(1)

1 (stating that the district court "may accept, reject, or modify, in whole or in part, the findings
2 or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge
3 may accept, reject, or modify the recommended disposition; receive further evidence; or
4 return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge David K. Duncan's R&R (Dkt. #19) is **accepted**.

2. Petitioner Khalid El Sheriff's petition for writ of habeas corpus (Dkt. #1) is **dismissed as moot**.

3. The Clerk of Court shall **terminate** this action.

DATED this 22nd day of May, 2009.

_David G. Campbell_
David G. Campbell
United States District Judge